UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLEG YURIYOVICH KHALIP,

      Petitioner,

v.                                       Case No. 10-13518
                                       HON. AVERN COHN

ALLA VIKTORIVNA KHALIP, a/k/a
ALLA VIKTORIVNA GALKIN

      Respondent.

_____/

## ORDER FURTHER STAYING GRANT OF PETITION FOR RETURN OF MINOR CHILDREN PENDING RESPONDENT'S MOTION FOR RECONSIDERATION

This is a petition for the return of two minor children to the Ukraine pursuant to the Hague Convention on the Civil Aspects of International Child Abduction (the Convention) and the International Child Abduction Remedies Act (ICARA). 42 U.S.C. §§ 11601-11610. On May 17, 2011, the Court entered a memorandum and order granting the petition, but staying effectiveness of the order for 30 days due to a pending decision in the Highest Specialized Court of the Ukraine involving whether the children were wrongfully removed under Ukranian law. (Doc. 31). The stay expires on June 17, 2011.

On June 14, 2011, Respondent filed a motion for reconsideration. (Doc. 33). In light of the filing, the order granting the petition, (Doc. 31), is further stayed pending the motion's

resolution.  Petitioner shall answer the motion within ten (10) days.

     SO ORDERED.


Dated:  June 16, 2011            _S/Avern Cohn_____
                               AVERN COHN
                               UNITED STATES DISTRICT JUDGE



I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 16, 2011, by electronic and/or ordinary mail.


                               _S/Julie Owens_____
                               Case Manager, (313) 234-5160